| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0314-4:CR-04-051-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 04-10211 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Harold James Aikey<br><br>849 Lenox Street<br><br>Athol, Massachusetts 01331 | Middle/Pennsylvania | Williamsport |
| | NAME OF SENTENCING JUDGE | |
| | James F. McClure, Jr. | |
| | DATES OF PROBATION/ ~~SUPERVISED RELEASE~~ | FROM 06/03/04 | TO 06/02/06 |

OFFENSE

Receiving Interstate Radio Signals (Satellite Television) Without Authorization [47 U.S.C. § 605(a)]

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     **MIDDLE**     DISTRICT     **PENNSYLVANIA**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     **DISTRICT OF MASSACHUSETTS**     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7/1/04_
Date

_[signature]_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                          DISTRICT OF     **MASSACHUSETTS**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 16, 2004_
Effective Date

_William G. Young_
United States District Judge